JOHN M. FERRISS, Respondent, v. WILLIAM P. MASON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

DANIEL W. SHOYER and Another, as Copartners, etc., Respondents, v. EDMUND WRIGHT-GINSBERG COMPANY, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch and McAvoy, JJ.; Dowling, P. J., dissents.

33 WEST 55th STREET CORPORATION, Respondent, v. THE PRUDENCE COMPANY, INC., Appellant, Impleaded, etc.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

TOWER'S STORES, INC., Respondent, v. BENNO LEVISON and Another, Appellants. — Determination affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CHARLES LANG, Respondent, v. HARTFORD ACCIDENT AND INDEMNITY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

EDWIN B. GRAHAM, Respondent, v. ARTHUR J. MARKS and Another, Individually and as Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Dowling, P. J., dissents.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL SIEGER, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Merrell and Proskauer, JJ., dissent.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH PIANTO.— Motion to dismiss appeal granted unless appellant procure the record and the appellant's points to be filed on or before February 11, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MAX WOLF.— Preference granted for February 16, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILBUR RANDALL SCHOONMAKER v. EUGENE D. BOYER and Others.— Preference granted for February 10, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of EDWARD TOWNSEND, MARY N. PERKINS and NORTON PERKINS, as Executors, and of EDWARD TOWNSEND and NORTON PERKINS, as Surviving Executors, etc., of EDWARD H. PERKINS, JR., Deceased.— Preference granted for February 10, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.